DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LUIS JESUS SANCHEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,      | )    |                                  |
|---|---|---|
|                                | )    | CR. S-11-150-FCD                 |
|          Plaintiff,            | )    |                                  |
|                                | )    | **STIPULATION AND ORDER**        |
|     v.                         | )    |                                  |
|                                | )    | DATE: June 20, 2011              |
| LUIS JESUS SANCHEZ-GARCIA,     | )    | TIME: 10:00 a.m.                 |
|                                | )    | JUDGE: Hon. Frank C. Damrell, Jr.|
|          Defendant.            | )    |                                  |
|                                | )    |                                  |
| _____| )    |                                  |

     It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, LUIS JESUS SANCHEZ-GARCIA, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Monday, May 23, 2011, be continued to Monday, June 20, 2011, at 10:00 a.m..

     The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

     Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 20, 2011

```
pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
(Local Code T4).


DATED: May 19, 2011            Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Matthew M. Scoble
                               MATTHEW M. SCOBLE
                               Assistant Federal Defender
                               Attorney for Defendant
                               LUIS JESUS SANCHEZ-GARCIA


DATED: May 19, 2011            BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Matthew M. Scoble for
                               MICHELE BECKWITH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 20, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 20, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2